**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 - 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. **'09 - CV - 01279** *BnB*

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

STEPHEN A. HAYNES,

     Plaintiff,

v.

HOLLY HEDMAN,
DONALD RANCED,
GORDON SLANER, and
ROBERT CRISTOBAL,

     Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

     Plaintiff has submitted an unnotarized Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 received on May 22, 2009, a notarized Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 received on May 26, 2009

and a Complaint for Damages from Civil Rights Violations received on May 22, 2009.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has

determined that the submitted documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Plaintiff will be directed to cure the following if he wishes to pursue his

claims.  Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)    __    is not submitted
(2)    __    is not on proper form (must use the court's current form)
(3)    __    is missing original signature by Plaintiff
(4)    __    is missing affidavit
(5)    __    affidavit is incomplete
(6)    __    affidavit is not notarized or is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or
             application
(8)    __    An original and a copy have not been received by the court.
             Only an original has been received.
(9)    __    other _____

**Complaint or Petition:**
(10)   __    is not submitted
(11)   _X_   is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the Plaintiff
(13)   __    is incomplete
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court.  Only an
             original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been
             received by the court.
(17)   __    names in caption do not match names in text
(18)   __    other _____

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter.  It is

    FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

    FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form(s): Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 29ᵀᴴ day of May _____, 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   '09 - CV - 01279

Stephen A. Haynes
1001 16th Street , Suite B-180
PMB 351 Denver, CO 80265

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on _____6/2/09_____

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk