IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01279-BNB

STEPHEN A. HAYNES,

    Plaintiff,

v.

HOLLY M. HEDMAN,
DWAYNE G. ROYBAL,
DONALD RANCED,
GORDON SLANER, and
ROBERT CRISTOBAL,

    Defendants.

```
                                    FILED
                           UNITED STATES DISTRICT COURT
                               DENVER, COLORADO

                                 JUL 0 9 2009

                           GREGORY C. LANGHAM
                                              CLERK
```

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 9, 2009, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01279-BNB

Stephen A. Haynes
1001 16th Street, Suite B-180
PMB 351
Denver, CO 80265

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/9/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk